UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DORIS GAMBSKY,

    Plaintiff,

v.                                            Case No. 17-C-322

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

**ORDER**

Plaintiff Doris Gambsky has filed a Notice of Appeal of this Court's Decision and Order on her complaint seeking review of the decision of the Commissioner of Social Security. Plaintiff has requested leave to proceed without prepayment of the filing fee on appeal, pursuant to 28 U.S.C. § 1915. It appears from her affidavit of indigence that she lacks the financial resources to pay the filing fee. Accordingly, her motion (ECF No. 32) is **GRANTED** and the filing fee is waived.

**SO ORDERED** this 25th day of April, 2018.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach, Chief Judge
                                                        United States District Court